ANNA UHL DAVIS, Respondent, v. CARRIE UHL, as Executrix, etc., of FREDERICK P. UHL, Deceased, Appellant.— Judgment modified by deducting the sum of $111.59 from the amount of said judgment as entered, and as so modified the judgment and order appealed from are affirmed, with costs to the respondent. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ROSE LANDSMAN, Respondent, v. CHARLES S. HIRSCH and Others, Appellants. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy and Martin, JJ.

ARROW IRON WORKS, INC., Respondent, v. HARRY B. GREENE, Trading under the Firm Name of H. B. GREENE CONTRACTING COMPANY, and Others, Defendants, Impleaded with EMPIRE BRICK AND SUPPLY CORPORATION and Others, Respondents; BANK OF YORKTOWN, Appellant, and NATIONAL SURETY COMPANY, Appellant, Respondent.— Judgment affirmed, with costs of this appeal to the plaintiff, respondent, and the defendants, respondents, against the defendants, appellants. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

COUNTY TRUST COMPANY OF NEW YORK, Respondent, v. JOSEPH F. CAPONIGRI, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MARY F. KIERNAN and Others, Respondents, v. ICELAND, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of SAMUEL KATZENSTEIN and JOSEPH C. FURST, as Executors, etc., of MINA KAHNWEILER, Deceased.— Decree so far as appealed from affirmed, with costs to the respondent payable out of the estate. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

STANLEY B. KITZELMAN, Appellant, v. PENNSYLVANIA RAILROAD COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ERNEST R. J. WALDBURGER, Doing Business under the Firm Name and Style of WALDBURGER & HUBER, Appellant, v. WEISS, WILLHEIM Co., INC., Respondent. — Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MORRIS FRIEDMAN, Appellant, v. SARAH FRIEDMAN, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

KUMMER, COMINS & Co., INC., Appellant, Respondent, v. SYLVIA GARCIA, Respondent, and CARLOS GARCIA, Appellant.— Judgment affirmed, with costs to the plaintiff against the defendant, appellant, and to defendant, respondent,